# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DOTTY JUDD,

Appellant,

v.

JEFFREY JUDD,

Appellee.

No. 2D2025-2373

_____

July 31, 2026

Appeal from the Circuit Court for Pinellas County; David Ellis, Judge.

Bridget Remington and Ellen E. Ware of Ware Law Group, Tampa, for Appellant.

Brooke Elvington, Dunedin, for Appellee.


PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.